JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA, <br>     Petitioner, <br> v. <br> PARAMO, Warden, <br>     Respondent. | NO. SACV 12-01490-MMM (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 24, 2014

_____
MARGARET M. MORROW
United States District Judge